# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-1994

Deborah A. Gerald, et al.,

Appellants

v.

Kessinger/Hunter Management Company, Inc.,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:07-cv-00475-GAF)
_____

## MANDATE

In accordance with the judgment of 07/09/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 09, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit